IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40609
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARIO GARCIA-GALVAN, also known as
Arturo Arquello-Garcia,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-647-1
- - - - - - - - - -
April 12, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Mario
Garcia-Galvan has filed a motion to withdraw as counsel and a
brief in accordance with Anders v. California, 386 U.S. 738
(1967).  Garcia has not filed a response.  Our independent review
of the brief and record discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED, counsel is
excused from further responsibilities in this case, and the
APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.